

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

KAREN B. SELVIN
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

October 31, 2018

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

Re: Airbnb, Inc. v. City of New York, 18-cv-7712
HomeAway.com, Inc. v. City of New York, 18-cv-7742

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for Defendant City of New York ("City") in the above-entitled consolidated actions. I write to update the Court as to the status of the agency rulemaking related to retention and disposal of information obtained pursuant to Local Law 146 of 2018. See New York City Administrative Code § 26-2015(b).

During the court appearance on October 5, 2018, this Court inquired as to the timing of the rulemaking. In response, I noted that the Mayor's Office of Special Enforcement anticipated that the proposed rules would be published by the end of this month. That is no longer the case. The City continues to work to expedite the publication of the proposed rules. Once the proposed rules are ready for publication, I will notify the Court and will provide copies of the proposed rules and the notice of public hearing.

Respectfully submitted,

/s/

Karen B. Selvin (KS-3816)
Assistant Corporation Counsel

**Via ECF**
cc: Plaintiffs' Counsel of Record