UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOMEAWAY.COM, INC.,

                        Plaintiff,

-v-

CITY OF NEW YORK,

                        Defendant.

18 Civ. 7742 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from the City of New York (the "City"), dated September 12, 2019, requesting to file a discovery dispute letter and certain exhibits thereto in redacted form. The Court has reviewed and approved of the proposed redactions. Therefore, the request is granted.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2019
       New York, New York

1