# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Kristin A. Linsley
Direct: +1 415.393.8395
Fax: +1 415.374.8471
KLinsley@gibsondunn.com

June 12, 2020

VIA ECF

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY  10007

Re:   *Airbnb, Inc. v. The City of New York*, 18-CV-07712 (PAE);
      *HomeAway.com, Inc. v. City of New York*, 18-CV-07742 (PAE)

Your Honor:

On behalf of Plaintiff HomeAway.com, Inc., we submit this status letter pursuant to the Court's order dated May 13, 2020.

As the Court is aware, Airbnb, Inc. and the City of New York reported earlier today that they have finalized a settlement agreement and asked that these actions be stayed for another 125 days.  We saw that the Court entered the requested stay in both cases, and HomeAway has no objection to the stay.  Although HomeAway is not a party to the settlement between Airbnb and the City, it plans to use the 125-day stay period to evaluate the settlement terms and the proposed amendments to the relevant local laws and administrative code in order to determine its next steps in this litigation and to engage in any further discussions with the City.

Respectfully submitted,

*/s/ Kristin A. Linsley*

Kristin A. Linsley

103963036.1

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.