UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOMEAWAY.COM, INC.,

                              Plaintiff,                    18 Civ. 7742 (PAE)
                  -v-
                                                            ORDER
CITY OF NEW YORK,

                              Defendant.

PAUL A. ENGELMAYER, District Judge:

On October 9, 2020, plaintiff HomeAway.com, Inc. ("HomeAway") filed a motion for

attorneys' fees and costs pursuant to 42 U.S.C. § 1988.  Dkt. 131.  It is hereby ordered that

defendant the City of New York shall serve any opposition to the motion for fees and costs by

October 30, 2020.  HomeAway's reply, if any, shall be served by November 13, 2020.  At the time

any reply is served, the moving party shall supply the Court with courtesy copies of all motion

papers via email to EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  October 13, 2020
        New York, New York