# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Kristin A. Linsley
Direct: +1 415.393.8395
Fax: +1 415.374.8471
KLinsley@gibsondunn.com

October 9, 2020

VIA ECF

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   *HomeAway.com, Inc. v. City of New York*, No. 18 Civ. 7742 (PAE)

Dear Judge Engelmayer:

We represent Plaintiff HomeAway.com, Inc. in the above-captioned action. Pursuant to Rule 4.B of this Court's Individual Rules and Practices in Civil Cases, HomeAway respectfully requests permission to file in redacted form the exhibit to the Declaration of Kristin A. Linsley in support of HomeAway's motion for attorney's fees and costs, which consists of attorney billing records. The material that HomeAway has redacted reflects attorney-client privileged and/or protected attorney work product descriptions of our work, as it reflects descriptions of counsel's litigation strategy and/or communications with clients. *See, e.g.*, *Elliott Assocs., L.P. v. Republic of Peru*, 176 F.R.D. 93, 97 (S.D.N.Y. 1997) ("[A]ttorney invoices revealing the details of the services rendered are protected."); *Bank Brussels Lambert v. Credit Lyonnais (Suisse) S.A.*, 1995 WL 598971, at *2 (S.D.N.Y. Oct. 11, 1995) ("[C]orrespondence, bills, ledgers, statements, and time records which also reveal the motive of the client in seeking representation, litigation strategy, or the specific nature of a service provided … fall within the attorney-client privilege."); *see also Tabatznik v. Turner*, 2016 WL 1267792, at *13 (S.D.N.Y. Mar. 30, 2016) (permitting redaction of billing records in context of application for attorney's fees); *Makinen v. City of New York*, 2016 WL 1451543, at *6 (S.D.N.Y. Apr. 12, 2016) (same). Pursuant to Rule 4.B, HomeAway is electronically filing under seal a copy of the unredacted materials with the proposed redactions highlighted.

Respectfully submitted,

/s/ Kristin A. Linsley

Kristin A. Linsley

cc:   All counsel of record (via ECF)

Granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

October 13, 2020

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.