

| | | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KAREN B. SELVIN<br>Phone: (212) 356-2208<br>Fax: (212) 356-2019<br>kselvin@law.nyc.gov |

December 15, 2020

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

   Re: *HomeAway.com, Inc. v. City of New York*, No. 18 Civ. 7742

Your Honor:

   On behalf of Defendant City of New York ("City") in the above-entitled action, I respectfully submit this letter pursuant to paragraph 15 of the "Stipulated Protective Order" dated April 11, 2019 ("Protective Order"), Dkt. No. 68, and section 4(B) of Your Honor's Individual Rules to request permission to file the following documents on ECF with redactions and/or under seal: (1) "Declaration of Carlos F. Ugalde Alvarez in Opposition to HomeAway.com, Inc's Motion for Attorneys' Fees and Costs" dated December 14, 2020 ("Ugalde Decl."); (2) Exhibit F to the Ugalde Decl.; and (3) Exhibit U to the Ugalde Decl.  The redactions to the Ugalde Decl. and the sealing of its Exhibits F and G are necessitated because information contained therein has been designated as "Confidential" by Plaintiff HomeAway.com, Inc. pursuant to the Protective Order.  As required by Your Honor's Rules, the proposed redactions to the Ugalde Decl. are highlighted in yellow for the Court's consideration (*see* Ugalde Decl. ¶¶ 10, 37-40), and a copy of the un-redacted materials are being filed under seal.  Thank you for your attention to this matter.

Granted.
SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

December 15, 2020

Respectfully submitted,

   /s/
Karen B. Selvin
Carlos Fernando Ugalde Alvarez
Assistant Corporation Counsel

  cc: Counsel of Record (via ECF)