**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Kristin A. Linsley
Direct: +1 415.393.8395
Fax: +1 415.374.8471
KLinsley@gibsondunn.com

December 18, 2020

VIA ECF

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *HomeAway.com, Inc. v. City of New York*, No. 18 Civ. 7742 (PAE)

Dear Judge Engelmayer:

On behalf of Plaintiff HomeAway.com, Inc. ("HomeAway"), and pursuant to Section 1(E) of the Court's Individual Rules and Practices in Civil Cases, we respectfully request an extension of time for HomeAway to serve its reply in further support of its motion for attorney's fees and costs. *See* Dkt. 131. HomeAway's reply currently is due on January 4, 2021. We respectfully request an additional 21 days, with a new due date of January 25, 2021, to file the reply. This is HomeAway's first request for an extension of time, and Defendant the City of New York (the "City") consents to this request.

We request this extension in light of the City's extensive submissions in opposition to HomeAway's motion, as well as counsel's scheduled travel over the upcoming holidays. As always, we thank the Court for its consideration.

Respectfully submitted,

*/s/ Kristin A. Linsley*

Kristin A. Linsley

cc:    All counsel of record (via ECF)

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

December 21, 2020